UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES GLASCOCK,

          Plaintiff,

v.

          Case No. 16-13171
          Hon. Terrence G. Berg

GRACE CENTERS OF HOPE, et al.,

          Defendants.

_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On December 9, 2016, the Court entered an order allowing for Plaintiff's attorney to withdraw from this matter, and directing Plaintiff to notify the Court within 30 days whether he has retained new counsel or intends to proceed *pro se* (Dkt. 20). Plaintiff has not timely responded to that order. As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated:  January 17, 2017            s/Terrence G. Berg
                                             TERRENCE G. BERG
                                             U.S. DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated:  January 17, 2017           By:  s/A. Chubb
                                                   Case Manager